# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JENNY RUBIN, et al.,

                   Plaintiffs-Judgment Creditors,

        v.                                         No. 1:11-mc-00039-P1

HAMAS-ISLAMIC RESISTANCE MOVEMENT,

                   Defendant-Judgment Debtor.

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for all the Plaintiffs-Judgment Creditors. I certify that I am admitted to practice in this court.


Date: August 17, 2011

                                      By:    <u>/s/ Robert J. Tolchin</u>
                                               Robert J. Tolchin
                                             Bar # RT3713
                                               111 Livingston Street, Suite 1928
                                               Brooklyn, New York 11201
                                             (718) 855-3627
                                             Fax: (718) 504-4943