# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627

Fax: (718) 855-4696

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: AUG 18 2011

August 17, 2011

**VIA FAX 212-805-6737**

Hon. George B. Daniels
United States District Judge
United States District Court for
the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *Jenny Rubin, et al. v. Hamas – Islamic Resistance Movement*,
        No. 1:11-mc-00039-P1

Dear Judge Daniels,

    The above-referenced matter is a final judgment against the Hamas terrorist organization that was entered by the U.S. District Court for the District of Columbia and subsequently registered in this Court. We represent the Plaintiffs-Judgment Creditors, who are nine U.S. citizens injured in a 1997 Hamas bombing in Jerusalem. Hamas has never appeared in the D.C. or in this Court.

    The case is docketed as a miscellaneous matter assigned to Part I, and we write Your Honor as the judge currently assigned to Part I.

    On February 16, 2011, the Clerk of the Court issued a writ of execution at the request of Plaintiffs-Judgment Creditors. *See* DE 2/16/2011. Pursuant to CPLR 5232(a), an execution expires within 90 days unless a turnover proceeding is filed. Plaintiffs-Judgment Creditors did not file a turnover proceeding within the 90 day limit, but they intend to do so shortly.

    It is well established that a "motion for an extension of a levy may be made after the levy has expired." *Kitson & Kitson v. City of Yonkers*, 10 A.D.3d 21, 26, 778 N.Y.S.2d 503, 507 (N.Y.A.D. 2 Dept. 2004).

    Accordingly, we respectfully request that Your Honor issue an order extending the execution for 30 days. A proposed order is attached.

THE BERKMAN LAW OFFICE, LLC

August 17, 2011
Page 2 of 2

Respectfully submitted,

S/ *Robert J. Tolchin*

Robert J. Tolchin

Counsel for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JENNY RUBIN, et al.,

        Plaintiffs-Judgment Creditors,

v.

No. 1:11-mc-00039-P1

HAMAS-ISLAMIC RESISTANCE MOVEMENT,

        Defendant-Judgment Debtor.

## ORDER

It is hereby **ORDERED** that the writ of execution issued by this Court on February 16, 2011 is hereby extended for thirty (30) days.

**SO ORDERED**

Dated: AUG 18 2011

_____
United States District Judge
HON. GEORGE B. DANIELS