UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

───────────────────────────────────────────

JENNY RUBIN, DEBORAH RUBIN,
DANIEL MILLER, ABRAHAM MENDELSON,
STUART HERSH, RENAY FRYM,
NOEM ROSENMAN, ELENA ROSENMAN and
TZVI ROSENMAN,                                                            11-MC-00039-P1

        Petitioners/Judgment-Creditors,          **NOTICE OF APPEARANCE**

    - against -

HAMAS – ISLAMIC RESISTANCE MOVEMENT
(a.k.a. "Harakat Al-Muqawama Al-Islamiyya"),

        Judgment-Debtor,

    and

JP MORGAN CHASE BANK, N.A.,
HSBC BANK, U.S.A., N.A.,
CITIBANK, N.A. and
MORGAN STANLEY DW, INC.,

        Respondents/Garnishees.

───────────────────────────────────────────

        Paul K. Stecker of Phillips Lytle LLP hereby appears in this action as counsel for respondent HSBC Bank USA, National Association, sued as "HSBC Bank, U.S.A., N.A."

DATED:    October 31, 2011

                                      PHILLIPS LYTLE LLP

                                      By:    s/ Paul K. Stecker
                                                Paul K. Stecker
                                      Attorneys for Respondent
                                      Suite 3400, One HSBC Center
                                      Buffalo, New York  14203
                                      (716) 847-8400
                                      pstecker@phillipslytle.com

- 2 -

and

437 Madison Avenue, 34th Floor
New York, New York 10022
(212) 759-4888

TO:   THE BERKMAN LAW OFFICE, LLC
       (Robert J. Tolchin, of Counsel)
       Attorneys for Petitioners
       111 Livingston Street, Suite 1928
       Brooklyn, New York  11201

FFFtl
Doc # 01-2527054.1