UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────────────────────

JENNY RUBIN, DEBORAH RUBIN,
DANIEL MILLER, ABRAHAM MENDELSON,
STUART HERSH, RENAY FRYM,
NOEM ROSENMAN, ELENA ROSENMAN and
TZVI ROSENMAN,                                          11-MC-00039-P1

        Petitioners/Judgment-Creditors,     **RULE 7.1 STATEMENT**

    - against -

HAMAS – ISLAMIC RESISTANCE MOVEMENT
(a.k.a. "Harakat Al-Muqawama Al-Islamiyya"),

        Judgment-Debtor,

    and

JP MORGAN CHASE BANK, N.A.,
HSBC BANK, U.S.A., N.A.,
CITIBANK, N.A. and
MORGAN STANLEY DW, INC.,

        Respondents/Garnishees.
───────────────────────────────────────────────

    Respondent HSBC Bank USA, National Association ("HSBC Bank"), sued as "HSBC Bank, U.S.A., N.A.," by its attorneys, Phillips Lytle LLP, states that its parent corporation, through various intermediate subsidiaries, is HSBC Holdings plc. No other publicly-held corporation owns more than 10 percent of the stock of HSBC Bank.

DATED:   October 31, 2011

                PHILLIPS LYTLE LLP

                By:   s/ Paul K. Stecker
                      Paul K. Stecker
                Attorneys for Respondent
                Suite 3400, One HSBC Center
                Buffalo, New York  14203
                (716) 847-8400
                pstecker@phillipslytle.com

- 2 -

and

437 Madison Avenue, 34th Floor
New York, New York 10022
(212) 759-4888


TO:   THE BERKMAN LAW OFFICE, LLC
(Robert J. Tolchin, of Counsel)
Attorneys for Petitioners
111 Livingston Street, Suite 1928
Brooklyn, New York  11201


FFFtl
Doc # 01-2527055.1