UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

JENNY RUBIN.
DEBORAH RUBIN,
DANIEL MILLER,
ABRAHAM MENDELSON,
STUART HERSH,
RENAY FRYM,             Case No.: 11-mc-00039-P1
NOAM ROZENMAN,
ELENA ROZENMAN,
and TZVI ROZENMAN,

           Petitioners/Judgment-Creditors,            **STATEMENT**
           **PURSUANT TO**
   - against -            **FED. R. CIV. P. 7.1**

HAMAS-ISLAMIC RESISTANCE MOVEMENT
(a.k.a.: "Harakat Al-Muqawama AL- Islamiyya"),

           Judgment-Debtor

   -and-

JP MORGAN CHASE BANK, N.A.,
HSBC BANK, U.S.A., N.A.,
CITIBANK, N.A.,
and MORGAN STANLEY DW, INC.,
           Respondents/Garnishees.

------------------------------------------------------------------x

       Pursuant to Federal Rule of Civil Procedure 7.1(a), Respondent/Garnishee Morgan Stanley DW, Inc., by its undersigned counsel of record, certifies as follows:

       Morgan Stanley DW Inc. merged with Morgan Stanley & Co. Incorporated on April 1, 2007. Morgan Stanley & Co. Incorporated subsequently became Morgan Stanley & Co. LLC.

Morgan Stanley & Co. LLC is a limited liability company whose sole member is Morgan Stanley Domestic Holdings, Inc., a corporation wholly owned by Morgan Stanley Capital Management, LLC, a limited liability company whose sole member is Morgan Stanley. Morgan Stanley is a publicly held corporation that has no parent corporation.

Based on Securities and Exchange Commission Rules regarding beneficial ownership, State Street Corporation ("State Street"), State Street Financial Center, One Lincoln Street, Boston, Massachusetts 02111, beneficially owns 10.6% of Morgan Stanley's outstanding common stock (based on a Schedule 13G filed under the Securities Exchange Act of 1934 (the "Exchange Act") as of February 11, 2011 (the State Street Schedule 13G")). As reported in the State Street Schedule 13G, all of the securities are beneficially owned by State Street and its direct or indirect subsidiaries in their various fiduciary and other capacities.

According to a Schedule 13D filed under the Exchange Act on October 23, 2008, as amended on October 30, 2008, May 22, 2009, June 11, 2009, April 1, 2010, May 3, 2010, November 9, 2010, April 25, 2011 and June 30, 2011 (together the "MUFG Schedule 13D) by Mitsubishi UFH Financial Group, Inc. ("MUFG"), 7-1 Marunouchi 2-chome, Chiyoda-ku, Tokyo100-8330, MUFG beneficially owned 22.56% of Morgan Stanley's outstanding common stock.

Dated:	New York, New York
	October 31, 2011

KREBSBACH & SNYDER, P.C.

By: _____
Theodore R. Snyder (TRS-6376)

One Exchange Plaza
55 Broadway, Suite 1600
New York, New York 10006
Tel: (212) 825-9811
Fax: (212) 825-9828

Attorneys for Respondent/Garnishee
Morgan Stanley DW, Inc.