UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

JENNY RUBIN,
DEBORAH RUBIN,
DANIEL MILLER,
ABRAHAM MENDELSON,
STUART HERSH,
RENAY FRYM,
NOAM ROZENMAN,
ELENA ROZENMAN,
and TZVI ROZENMAN,

          Petitioners/Judgment-Creditors,

  - against -

HAMAS-ISLAMIC RESISTANCE MOVEMENT
(a.k.a.: "Harakat Al-Muqawama AL- Islamiyya"),

          Judgment-Debtor

  -and-

JP MORGAN CHASE BANK, N.A.,
HSBC BANK, U.S.A., N.A.,
CITIBANK, N.A.,
and MORGAN STANLEY DW, INC.,
          Respondents/Garnishees.

------------------------------------------------------------------------ x

Case No.: 11-mc-00039-P1

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Krebsbach & Snyder, P.C. hereby appears as counsel of record in the above captioned matter for Respondent/Garnishee MORGAN STANLEY DW, INC.

Dated: New York, N.Y.
       October 31, 2011

KREBSBACH & SNYDER, P.C.

BY: _____
Theodore R. Snyder (TRS-6376)

One Exchange Plaza
55 Broadway, Suite 1600
New York, NY 10006
(212) 825-9811

2