UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────x
                                       :
JENNY RUBIN, DEBORAH RUBIN, DANIEL     :
MILLER, ABRAHAM MENDELSON,             :
STUART HERSH, RENAY FRYM, NOAM         :
ROZENMAN, ELENA ROZENMAN, and TZVI     :
ROZENMAN,                              :
                                       :
        Petitioners/Judgment-Creditors,  :
                                       :
    -against-                          :
                                       :   11-mc-00039-P1
HAMAS – ISLAMIC RESISTANCE             :
MOVEMENT (a.k.a. "Harakat Al-Muqawama  :   **RULE 7.1 STATEMENT OF**
Al- Islamiyya")                        :   **JPMORGAN CHASE BANK,**
                                       :   **N.A.**
        Judgment-Debtor,               :
                                       :
    -and-                              :
                                       :
JPMORGAN CHASE BANK, N.A., HSBC        :
BANK, U.S.A., N.A., CITIBANK, N.A., and :
MORGAN STANLEY DW, INC.,               :

        Respondents/Garnishees.

### RULE 7.1 STATEMENT OF JPMORGAN CHASE BANK, N.A.

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable district judges and

magistrate judges of the court to evaluate possible disqualification or recusal, the

undersigned attorney of record for JPMorgan Chase Bank, N.A., a private non-

governmental party, certifies, on information and belief, that:

1.      JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan

        Chase & Co., a publicly held corporation.

2.    No public company owns 10% or more of the stock of JPMorgan

Chase & Co.

Dated:   New York, New York
         October 31, 2011

DAVIS POLK & WARDWELL LLP

By: _____
    James L. Kerr

**Of Counsel**           450 Lexington Avenue
Karen E. Wagner         New York, New York 10017
Lauren Schorr           (212) 450-4552
                        James.Kerr@davispolk.com
                        *Attorneys for Garnishee-Respondent JPMorgan
                        Chase Bank, N.A.*

TO:    Robert J. Tolchin
       The Berkman Law Office, LLC
       111 Livingston Street
       Suite 1928
       Brooklyn, New York 11201
       (718) 855-3627
       *Attorney For Petitioners*