UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

JENNY RUBIN, DEBORAH RUBIN, DANIEL MILLER, ABRAHAM MENDELSON, STUART HERSH, RENAY FRYM, NOAM ROZENMAN, ELENA ROZENMAN, and TZVI ROZENMAN,

        Petitioners/Judgment-Creditors,

- against -

HAMAS – ISLAMIC RESISTANCE MOVEMENT (a.k.a. "Harakat Al-Muqawama Al-Islamiyya"),

        Judgment-Debtor,

- and -

JP MORGAN CHASE BANK, N.A., HSBC BANK, U.S.A., N.A., CITIBANK, N.A., and MORGAN STANELY DW, INC.,

        Respondents/Garnishees.

------------------------------------------------------------ x

Case No.: 11-mc-00039-PI

**RULE 7.1(a) DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Citibank, N.A., by its counsel, states as follows: Citibank, N.A. is an indirect wholly-owned subsidiary of Citigroup, Inc., a publicly held company. No other publicly held company has an ownership interest of 10% or more in Citibank, N.A.

Dated: New York, New York
      November 1, 2011

                                  DAVIS WRIGHT TREMAINE LLP

                                  By: _____
                                       Sharon L. Schneier
                                       1633 Broadway
                                       New York, New York 10019
                                       (212) 489-8230

                                       *Attorneys for Respondent/Garnishee*
                                       *Citibank, N.A.*