UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

RUBIN,

      v.

HAMAS-ISLAMIC RESISTANCE MOVEMENT,

      v.

JPMORGAN CHASE BANK, N.A., HSBC BANK
USA, N.A., CITIBANK, N.A., AND MORGAN
STANLEY DW, INC.

------------------------------------X

11 Misc. 39

O R D E R

**Sweet, D.J.**

      The November 8, 2011 letter submitted on behalf of garnishee-respondent JPMorgan Chase Bank, N.A. will be treated as a motion and will be heard on November 15, 2011 at 10:00 a.m. in courtroom 18C.

      It is so ordered.

**New York, NY**
**November 9, 2011**

_____
ROBERT W. SWEET
U.S.D.J.