UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

RUBIN,

      v.

HAMAS-ISLAMIC RESISTANCE MOVEMENT,

      v.

JPMORGAN CHASE BANK, N.A., HSBC BANK
USA, N.A., CITIBANK, N.A., AND MORGAN
STANLEY DW, INC.

------------------------------------------X

11 Misc. 39

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/11

**Sweet, D.J.**

      The Clerk of Court is hereby directed to convert the above captioned matter to a civil case, waive the filing fee and assign the case to me as a matter related to <u>Ungar v. Morgan Stanley/Morgan Stanley DW Inc.</u>, 05 Civ. 3710 (RWS).

      It is so ordered.

**New York, NY**
**November  , 2011**

ROBERT W. SWEET
U.S.D.J.