# KREBSBACH & SNYDER

A Professional Corporation

ATTORNEYS AT LAW

ONE EXCHANGE PLAZA
55 BROADWAY, SUITE 1600
NEW YORK, NEW YORK 10006



www.krebsbach.com

March 14, 2012

TEL: 212-825-9811

**VIA FACSIMILE**

FAX: 212-825-9828

Hon. Robert W. Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007



RE: *Rubin et al. v. Hamas-Islamic Resistance Movement, et al.*
Case No. 11-cv-8716 (RWC); 11-mc-00039

Dear Judge Castel:

We represent Garnishee-Respondent and Third-Party Petitioner Morgan Stanley DW, Inc. ("Morgan Stanley") in the above referenced matter. We write to request that the same relief sought by JP Morgan Chase Bank, N.A. in its counsel's letter of today's date be granted to Morgan Stanley.

Specifically, we respectfully request that Morgan Stanley's time to complete service of its amended summons and third-party petition alleging claims in the nature of interpleader be extended to one hundred and twenty (120) days after the disposition of the government's appeal to the United States District Court of Appeals for the Fifth Circuit in *United States v. Holy Land Foundation*.

Respectfully submitted,

Theodore R. Snyder

cc: (via email): Robert Tolchin, Esq.
Mara E. Trager, Esq., AUSA
Paul Kenneth Stecker, Esq.
Sharon L. Schneier, Esq.
James L. Kerr, Esq.

So ordered
Sweet
USDJ
3-15-12