| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**James L. Kerr**

Davis Polk & Wardwell LLP      212 450 4552 tel
450 Lexington Avenue            212 701 5552 fax
New York, NY 10017              james.kerr@davispolk.com

March 14, 2012

Re:   *Rubin, et al. v. Hamas-Islamic Resistance Movement*, 11-cv-8716 (RWS), 11-mc-00039 (RWS)

The Honorable Robert W. Sweet, U.S.D.J.
United States District Court
  for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

So ordered
Sweet USDJ
3-15-12

Dear Judge Sweet:

This firm represents JP Morgan Chase Bank, N.A. ("JPM Chase"), Garnishee-Respondent and Third-Party Petitioner in the above-referenced proceeding.

On November 16, 2011, JPM Chase filed an amended summons and a third-party petition alleging claims in the nature of interpleader against various adverse claimants to the funds at issue in this proceeding ("Third-Party Petition").

On November 17, 2011, Your Honor endorsed the letter dated that date submitted by the United States pursuant to which Your Honor stayed all proceedings in the *Rubin* matter pending a date twenty (20) days after the disposition of the Government's appeal to the United States Court of Appeals for the Fifth Circuit from the Texas District Court's decision in *United States v. Holy Land Foundation*, 2011 WL 3703333 (N.D. Tex. Aug. 19, 2011). A copy of Your Honor's endorsed letter is attached hereto for your convenience.

At the time the stay was entered, JPM Chase had not served all of the adverse claimants with the amended summons and Third-Party Petition and thereafter suspended further efforts to complete service.


ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/12

The Honorable Robert W. Sweet	2	March 14, 2012

Had no stay been issued, the time for JPM Chase to complete service would run on March 15, 2012. In an abundance of caution, and in the interest of avoiding any confusion as to the time by which service must be completed, JPM Chase respectfully requests that its time to complete service be extended to a date one hundred twenty (120) days after disposition of the Government's appeal.

Very respectfully yours,

James L. Kerr

Attachment

cc (via email):	Robert Tolchin, Esq.
	Mara E. Trager, Esq., AUSA
	Paul Kenneth Stecker, Esp.
	Theodore R. Snyder, Esq.
	Sharon L. Schneier, Esq.