# THE BERKMAN LAW OFFICE, LLC

111 Livingston Street, Suite 1928
Brooklyn, New York 11201

Tel: (718) 855-3627                                                                                                   Fax: (718) 855-4696

January 13, 2014

**BY ECF**
Hon. Robert J. Sweet
United States District Judge
United States District Court
    for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:  *Rubin, et al. v. Hamas-Islamic Resistance Movement, et al.*
           11-CV-8716(RWS); 11-MC-00039(RWS)

Dear Judge Sweet,

    We represent the Rubins, the plaintiff /judgment-creditors in the above matter.

    This matter is scheduled for a conference on January 15.

    The plaintiffs have decided that they will be pursuing their claims through a remission petition, and accordingly will not be pursuing this action further. We will confer with defense counsel as to what documents they believe need to be filed to close out this matter. In the meanwhile, Wednesday's conference would appear to be unnecessary.

                                    Respectfully yours,

                                    Robert J. Tolchin

cc: All counsel by ECF